O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN RENE ONTIVEROS,<br><br>            Plaintiff,<br><br>    vs.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPT., et al.,<br><br>            Defendants. | Case No. CV 12-1921-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: August 13, 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE