JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| HERMAN RENE ONTIVEROS,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPT., et al.,<br><br>Defendants. | Case No. CV 12-1921-VAP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 13, 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE