JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 16 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HERMAN RENE ONTIVEROS,

Plaintiff,

vs.

LOS ANGELES COUNTY SHERIFF'S DEPT., et al.,

Defendants.

Case No. CV 12-1921-VAP (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 13 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE